# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3474
_____

JOE MORETTI PHASE THREE,
LLC and STIRRUP PLAZA PHASE
THREE, LLC,

   Appellants,

   v.

FLORIDA HOUSING FINANCE
CORPORATION, VERBENA, LLC
and GM SILVER CREEK, LTD,

   Appellees.

_____

On appeal from the Florida Housing Finance Corporation.
Bernard Smith, Chair.

July 27, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331._

Christine Davis Graves, Michael P. Donaldson, and James E. Parker-Flynn of Carlton Fields, Tallahassee, for Appellants.

Chris McGuire, Assistant General Counsel, and Marisa G. Button, Assistant General Counsel, for Appellee Florida Housing Finance Corporation. No appearance for Appellees Verbena, LLC and GM Silver Creek, LTD.